**DISMISS and Opinion Filed February 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00188-CV

**JEFFORY G. SNOWDEN, Appellant**
**V.**
**BRIAN RAVKIND, TRACY EDMONDSON GAMBLE D/B/A FRISCO STRONG,**
**AND MEGAN DEWOLFE, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02116-2018**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is the motion of Jeffory G. Snowden for an extension of time to file a petition for permissive appeal. Snowden seeks permission to appeal the trial court's order signed on January 10, 2020. A petition for permissive appeal must be filed within fifteen days after the date the order to be appealed is signed. *See* TEX. R. APP. P. 28.3(c). An extension of time may be granted if the party files the petition within fifteen days after the deadline and files a motion for extension. *See id*. 28.3(d)(1)-(2).

The petition for permissive appeal was due on January 25, 2020. *See id*. 28.3(c). Snowden filed a timely extension motion on February 10, 2020. *See id*. 4.1(a), 28.3. However, he filed the petition for permissive appeal on February 11, 2020, one day past the fifteen-day grace period.

Accordingly, we deny the motion for an extension of time to file the petition for permissive appeal and dismiss the petition for permissive appeal as untimely.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200188F.P05